IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILBUR LANN PITTMAN,

      Plaintiff,   No. CIV S-09-2316 EFB P

  vs.

S. L. SOUTHERHILL, et al.,

      Defendants.   ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.

      A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

////

////

////

1

1  Here, defendants appear to be located in Riverside County which is in the Central District
2  of California. 28 U.S.C. § 84(c).  Therefore, in the interest of justice, this action is transferred to
3  the United States District Court for the Central District of California.  *See* 28 U.S.C. § 1404(a);
4  *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).

   So ordered.

DATED:  November 5, 2009.

                                          _____
                                          EDMUND F. BRENNAN
                                          UNITED STATES MAGISTRATE JUDGE